| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Metropolitan Brewing, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  37-1543189

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3057 N Rockwell St, Chicago, IL 60618 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook County | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  https://metrobrewing.com/

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Metropolitan Brewing, LLC**     Case number (*if known*) _____
    Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

Debtor **Metropolitan Brewing, LLC** _____ Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Metropolitan Brewing, LLC**_____   Case number (*if known*)_____
    Name

    ☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor **Metropolitan Brewing, LLC** Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 3, 2023**
MM / DD / YYYY

**X /s/ Tracy Hurst**          **Tracy Hurst**
Signature of authorized representative of debtor    Printed name

Title

**18. Signature of attorney**

**X /s/ Matthew E. McClintock**          Date **October 3, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**Matthew E. McClintock**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**111 W Washington Street
Suite 1221
Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone **(312) 337-7700**    Email address **mattm@goldmclaw.com**

**6280574 IL**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 5

| Debtor | Metropolitan Brewing, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/03/2023
             MM / DD / YYYY

X *Tracy Hurst*                                    **Tracy Hurst**
Signature of authorized representative of debtor    Printed name

Title _____

**18. Signature of attorney**

X *Matthew McClintock*                             Date  10/03/2023
Signature of attorney for debtor                          MM / DD / YYYY

**Matthew E. McClintock**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**111 W Washington Street**
**Suite 1221**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone  (312) 337-7700    Email address  mattm@goldmclaw.com

**6280574 IL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Metropolitan Brewing, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brewers Supply Group** 800 West 1st Ave. Shakopee, MN 55379 | (952) 224-1380 | Trade Debt | | | | $7,159.00 |
| **Brotschul Potts, LLC** 1 Tower Ln Suite 2060 Villa Park, IL 60181 | (312) 551-9003 | Trade Debt | | | | $18,853.00 |
| **Conrad Seipp Brewing Company, LLC** 2522 West Iowa Street Apt 1 Chicago, IL 60622 | info@seippbrewing.com | Contract to brew Seipp products | | | | $17,424.04 |
| **Crown Packaging** 8919 Colorado St, Merrillville, IN 46410 | (219) 738-1000 | Trade Debt | | | | $9,672.55 |
| **Indie Hops** 2505 SE 11th Ave Suite 311 Portland, OR 97202 | (503) 452-4677 | Trade Debt | | | | $932.00 |
| **Inkd Apparel** 140 Ambassador Dr #132 Naperville, IL 60540 | (888) 400-3949 | Trade Debt | | | | $2,124.00 |
| **LEAF Capital Funding, LLC** 8100 Sandpiper Circle, Suite 300 Baltimore, MD 21236 | 888-363-5327 | Alleged lien on dishwasher | Disputed | | | $0.00 |

Debtor **Metropolitan Brewing, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Live Oak Banking Company**<br>1741 Tiburon Dr Wilmington<br>Wilmington, NC 28403 | (866) 518-0286 | **Equipment loan - SBA 7(a)** | | $1,005,418.00 | $555,600.00 | $449,818.00 |
| **McMaster-Carr**<br>600 County Line Rd<br>Elmhurst, IL 60126 | (630) 833-0300 | **Trade Debt** | | | | $523.00 |
| **PNC Bank**<br>8800 Tinicum Blvd<br>Philadelphia, PA 19153-3198 | (888) 762-2265 | **Equipment loan - can line** | | $181,258.00 | $165,000.00 | $16,258.00 |
| **PNC Bank - line of credit**<br>One North Franklin<br>Suite 3600<br>Chicago, IL 60606 | (312) 384-6900 | **Line of credit** | | | | $29,758.00 |
| **Quill**<br>300 Tri State, International Drive<br>Lincolnshire, IL 60069 | (800) 982-3400 | **Trade Debt** | | | | $190.00 |
| **Rockwell Properties, LLC**<br>333 North Michigan Ave,<br>Suite 1700<br>Chicago, IL 60601-3981 | (312) 644 1055 | **Landlord - Back rent alleged to exceed $1,000,000.00** | **Disputed** | | | $1,000,000.00 |
| **Society Insurance**<br>150 Camelot Drive<br>P.O. Box 1029<br>Fond Du Lac, WI 54936 | 920-922-9810 | **Insurance company** | | | | $1,630.00 |
| **Tricor, Inc.**<br>600 Star Brewery Dr.<br>Suite 110<br>Dubuque, IA 52001 | (563) 556-5441 | **Insurance company** | | | | $0.00 |
| **U.S. Small Business Administration**<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | (833) 853 5638 | **EIDL loan - secondary lien** | | $386,454.00 | $555,600.00 | $386,454.00 |

American Welding & Gas, Inc
6944 South Pulaski Ave
Chicago, IL 60632

Brewers Supply Group
800 West 1st Ave.
Shakopee, MN 55379

Brewing Science Institute
106 Glen Dale Dr
Woodland Park, CO 80863

Brotschul Potts, LLC
1 Tower Ln Suite 2060
Villa Park, IL 60181

Conrad Seipp Brewing Company, LLC
2522 West Iowa Street
Apt 1
Chicago, IL 60622

Conrad Seipp Brewing Company, LLC
2522 West Iowas Street
Apt 1
Chicago, IL 60622

Cook County Treasurer
118 North Clark Street
Room 112
Chicago, IL 60602

Crown Packaging
 8919 Colorado St,
Merrillville, IN 46410

Douglas Hurst
3057 N Rockwell St
Chicago, IL 60618

Green Bay Packaging
 2200 Warrenville Rd
Downers Grove, IL 60515

```
Illinois Casualty Company
225 20th Street
Rock Island, IL 61201


Illinois Department of Revenue
Bankruptcy Section
PO Box 19005
Springfield, IL 62794


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60640


Indie Hops
2505 SE 11th Ave
Suite 311
Portland, OR 97202


Inkd Apparel
140 Ambassador Dr #132
Naperville, IL 60540


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Jason M. Metnick
Meltzer, Purtill & Stelle LLC
125 South Wacker Drive, Ste 2900
Chicago, IL 60606


KegCraft
9000 W 67th St
La Grange, IL 60525


LEAF Capital Funding, LLC
8100 Sandpiper Circle, Suite 300
Baltimore, MD 21236


Live Oak Banking Company
1741 Tiburon Dr Wilmington
Wilmington, NC 28403
```

McMaster-Carr
600 County Line Rd
Elmhurst, IL 60126


Patrick S Layng - U.S. Trustee
219 S Dearborn St.
Room 873
Chicago, IL 60604


Peoples Gas Aon Center
200 E Randolph Street
Suite 5
Chicago, IL 60601


PNC Bank
8800 Tinicum Blvd
Philadelphia, PA 19153-3198


PNC Bank - line of credit
One North Franklin
Suite 3600
Chicago, IL 60606


PNC Bank, N.A.
249 Fifth Ave, MS
P1-POPP-BL-&
Pittsburgh, PA 15222


PNC Bank, N.A.
Attn: Business Banking
222 Delaware Avenue
Wilmington, DE 19801


Prairie Management & Development
333 N. Michigan Ave.,
Suite 1700
Chicago, IL 60601


Quill
300 Tri State, International Drive
Lincolnshire, IL 60069


Reid H. Harbin- Harbin & Miller LLC
5591 Charblee Dunwoody Rd.
Bldg 1300, Ste 300
Atlanta, GA 30338

Rockwell Properties, LLC
333 North Michigan Ave,
Suite 1700
Chicago, IL 60601-3981

RSP Des Moines
P.O. BOX 4095
Clinton, IA 52733

Society Insurance
150 Camelot Drive
P.O. Box 1029
Fond Du Lac, WI 54936

Tracy Hurst
3057 N Rockwell St
Chicago, IL 60618

Tracy Hurst
3057 N Rockwell St,
Chicago, IL 60618

Tricor, Inc.
600 Star Brewery Dr. Suite 110
Dubuque, IA 52001

U.S. SBA loan EIDL
P.O. Box 3918
Portland, OR 97208

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Vibrant Graphics
4066 N Port Washington Rd.
Milwaukee, WI 53212

Williams Stroker & Heating Co.
1823 W Belmont Ave.
Chicago, IL 60657

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Metropolitan Brewing, LLC**　　　　　　　　　　Case No.
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter　**11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Metropolitan Brewing, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  3, 2023**　　　　　　　　　　　　/s/ Matthew E. McClintock
Date　　　　　　　　　　　　　　　　　　　**Matthew E. McClintock**
　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　Counsel for  **Metropolitan Brewing, LLC**
　　　　　　　　　　　　　　　　　　　　　**Goldstein & McClintock LLLP**
　　　　　　　　　　　　　　　　　　　　　**111 W Washington Street**
　　　　　　　　　　　　　　　　　　　　　**Suite 1221**
　　　　　　　　　　　　　　　　　　　　　**Chicago, IL 60602**
　　　　　　　　　　　　　　　　　　　　　**(312) 337-7700 Fax:(312) 277-2305**
　　　　　　　　　　　　　　　　　　　　　**mattm@goldmclaw.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Metropolitan Brewing, LLC**                                   Case No.
                              Debtor(s)                                 Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Metropolitan Brewing, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

10/03/2023                                        *Matthew McClintock*
Date                                              **Matthew E. McClintock**
                                                  Signature of Attorney or Litigant
                                                  Counsel for   **Metropolitan Brewing, LLC**
                                                  **Goldstein & McClintock LLLP**
                                                  **111 W Washington Street**
                                                  **Suite 1221**
                                                  **Chicago, IL 60602**
                                                  **(312) 337-7700 Fax:(312) 277-2305**
                                                  **mattm@goldmclaw.com**