# EXHIBIT A

|  | Oct. 2023[1] | Nov. 2023 |
|---|---|---|
| **Beginning Cash** | | |
| Operating | $27,218.00 | $48,920.77 |
| Money Market | $63,755.00 | $63,755.00 |
| **All Accounts** | $90,973.00 | $112,675.77 |
| | | |
| tap room recepts | $186,000.00 | $107,000.00 |
| distro receipts | $20,000.00 | $25,000.00 |
| **gross receipts** | **$206,000.00** | **$132,000.00** |
| | | |
| **fixed costs** | | |
| debt (includes interest expense) | $0.00 | $0.00 |
| rent | $24,886.93 | $24,886.93 |
| insurance | $4,500.00 | $5,650.00 |
| IRA Contributions | $1,200.00 | $1,000.00 |
| employee payroll (gross) | $30,000.00 | $30,000.00 |
| mgmt payroll | $9,000.00 | $9,000.00 |
| payroll taxes | $3,780.00 | $3,780.00 |
| excise taxes | $3,000.00 | $0.00 |
| | | |
| **variable costs** | | |
| sales taxes | $14,530.30 | $15,252.00 |
| COGS | $82,400.00 | $52,800.00 |
| Professional Fees | $0.00 | $2,000.00 |
| advertising & marketing | $4,000.00 | $4,000.00 |
| Miscellaneous | $2,000.00 | $2,000.00 |
| repairs, maintenance, office | $5,000.00 | $4,000.00 |
| **total expenses** | **$184,297.23** | **$154,368.93** |
| | | |
| **Net Operating Income** | **$21,702.77** | **-$22,368.93** |
| | | |
| Ending Cash Operating[2] | $48,920.77 | $26,551.84 |
| Ending Cash Money Market | $63,755.00 | $63,755.00 |
| Total Ending Cash | $112,675.77 | $90,306.84 |

1. Projection for October 3-31, 2023 (post-petition period).
2. Only possible lien(s) would be on cash in operating account.