**Fill in this information to identify the case:**

Debtor name: **Metropolitan Brewing, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **23-13209**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PNC Bank | Checking | 5144 | $27,218.00 |
| 3.2. | PNC Bank | Money Market Fund | 4871 | $63,755.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $90,973.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 1

Debtor **Metropolitan Brewing, LLC**  Case number (If known) **23-13209**
       Name

| | 11a. 90 days old or less: | **10,154.00** | - | 0.00 | = .... | **$10,154.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | | | | **$10,154.00** |
|---|---|---|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | | | | |

**Part 4:  Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Month end report August 2023. See Exhibit A. | | Unknown | | Unknown |

| 23. | **Total of Part 5.** | | **$0.00** |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

| Debtor | **Metropolitan Brewing, LLC** | Case number *(If known)* **23-13209** |
|---|---|---|
| | Name | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See Exhibit B** | $0.00 | | $6,500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $6,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Toyota Sienna 2012.** | $0.00 | Comparable sale | $8,428.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Complete Can line. See Exhibit B.** | $0.00 | Appraisal | $165,000.00 |
| | **Other brewery equipment and assets. See Exhibit B.** | $0.00 | Appraisal | $555,600.00 |

| Debtor | **Metropolitan Brewing, LLC** | Case number (If known) | **23-13209** |
|---|---|---|---|
| | Name | | |

| 51. | **Total of Part 8.** | **$729,028.00** |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☐ No
   ■ Yes

### Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Property lease from Rockwell Properties, LLC to Metropolitan Brewing, LLC Location : 3057 N Rockwell St. Chicago, IL, 60618.** | Lease | Unknown | | Unknown |

| 56. | **Total of Part 9.** | **$0.00** |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

Debtor  **Metropolitan Brewing, LLC**　　　　　　　　　　　　　Case number *(If known)* **23-13209**
　　　　Name

|  | **Trademark on company name and logo** | **$0.00** | | **Unknown** |
|---|---|---|---|---|
| 61. | **Internet domain names and websites**<br>http://metrobrewing.com | $0.00 | | Unknown |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:　All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

PDF Attachment

A PDF file has been attached to this document.  This file
will appear here when a PDF is created using the ECFiling
button on the Print Documents window.


Pages: 5
File:  Exhibit A - August 2023 - Brewery Inventory.pdf
Path:  C:\Users\kerame\Documents\Matt\Metropolitan Brewing\Metropolitan filing\Metro Exhibits

PDF: <C:\Users\kerame\Documents\Matt\Metropolitan Brewing\Metropolitan filing\Metro Exhibits\Exhibit A - August 2023 - Brewery Inventory.pdf>

PDF Attachment

A PDF file has been attached to this document.  This file
will appear here when a PDF is created using the ECFiling
button on the Print Documents window.


Pages: 27
File:   Exhibit B - Appraisal Report.pdf
Path:   C:\Users\kerame\Documents\Matt\Metropolitan Brewing\Metropolitan filing\Metro Exhibits

PDF: <C:\Users\kerame\Documents\Matt\Metropolitan Brewing\Metropolitan filing\Metro Exhibits\Exhibit B - Appraisal Report.pdf>

**Fill in this information to identify the case:**

Debtor name: **Metropolitan Brewing, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>*Amount of claim*<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|
| **2.1** | **Live Oak Banking Company**<br>Creditor's Name<br>**1741 Tiburon Dr Wilmington**<br>**Wilmington, NC 28403**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/12/2015**<br>**Last 4 digits of account number**<br>**3540**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>First Lien - Live Oak Banking Company<br><br>Second lien - U.S. SBA | **Describe debtor's property that is subject to a lien**<br>**Brewery equipment and assets**<br><br>**Describe the lien**<br>**Lien on brewery equipment and assets**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,005,417.00 | $555,600.00 |
| **2.2** | **PNC Bank**<br>Creditor's Name<br>**8800 Tinicum Blvd**<br>**Philadelphia, PA**<br>**19153-3198**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**3/13/2023**<br>**Last 4 digits of account number**<br>**3220**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Complete Can line. See Exhibit B.**<br><br>**Describe the lien**<br>**Lien on complete can line**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $181,257.00 | $165,000.00 |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

| Debtor | **Metropolitan Brewing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.
  First lien - PNC Bank

  Second Lien - Live Oak Banking Company

  Third lien - U.S. SBA

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.3 | **U.S. SBA** | Describe debtor's property that is subject to a lien | $386,454.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **EIDL loan - brewery equipment and assets** | | |

**P.O. Box 3918**
**Portland, OR 97208-3918**
Creditor's mailing address

**Describe the lien**
**Second lien on brewery equipment and assets**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

**Date debt was incurred**
**5/22/2020**

**Is anyone else liable on this claim?**
- [ ] No
- [✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7808**

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.
  First Lien - Live Oak Banking Company

  Second lien - U.S. SBA

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $1,573,128.00

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name: **Metropolitan Brewing, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): **23-13209**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Cook County Treasurer**
**118 North Clark Street**
**Room 112**
**Chicago, IL 60602**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

Total claim: **$0.00**     Priority amount: **$0.00**

---

**2.2** Priority creditor's name and mailing address
**Illinois Department of Revenue**
**Bankruptcy Section**
**PO Box 19005**
**Springfield, IL 62794**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

Total claim: **$0.00**     Priority amount: **$0.00**

| Debtor | **Metropolitan Brewing, LLC** | Case number (if known) | 23-13209 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60640** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**American Welding & Gas, Inc**<br>**6944 South Pulaski Ave**<br>**Chicago, IL 60632** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Brewers Supply Group**<br>**800 West 1st Ave.**<br>**Shakopee, MN 55379** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,159.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Brewing Science Institute**<br>**106 Glen Dale Dr**<br>**Woodland Park, CO 80863** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Metropolitan Brewing, LLC** | Case number (if known) | **23-13209** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Brotschul Potts, LLC**<br>**1 Tower Ln Suite 2060**<br>**Oakbrook Terrace, IL 60181**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$18,853.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Conrad Seipp Brewing Company, LLC**<br>**2522 West Iowa Street**<br>**Apt 1**<br>**Chicago, IL 60622**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Contract to brew Seipp products**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$17,424.04** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Crown Packaging**<br>**8919 Colorado St,**<br>**Merrillville, IN 46410**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$9,672.55** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Green Bay Packaging**<br>**2200 Warrenville Rd**<br>**Downers Grove, IL 60515**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Illinois Casualty Company**<br>**225 20th Street**<br>**Rock Island, IL 61201**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Insurance company**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Indie Hops**<br>**2505 SE 11th Ave**<br>**Suite 311**<br>**Portland, OR 97202**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$932.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Inkd Apparel**<br>**140 Ambassador Dr #132**<br>**Naperville, IL 60540**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,124.00** |

| Debtor | **Metropolitan Brewing, LLC** | Case number (if known) | **23-13209** |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**KegCraft**<br>**9000 W 67th St**<br>**La Grange, IL 60525**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**LEAF Capital Funding, LLC**<br>**8100 Sandpiper Circle, Suite 300**<br>**Baltimore, MD 21236**<br><br>Date(s) debt was incurred **02/27/2023**<br>Last 4 digits of account number **7110** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Alleged lien on dishwasher**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**McMaster-Carr**<br>**600 County Line Rd**<br>**Elmhurst, IL 60126**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$523.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Patrick S Layng - U.S. Trustee**<br>**219 S Dearborn St.**<br>**Room 873**<br>**Chicago, IL 60604**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trustee**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Peoples Gas Aon Center**<br>**200 E Randolph Street**<br>**Suite 5**<br>**Chicago, IL 60601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**PNC Bank - line of credit**<br>**One North Franklin**<br>**Suite 3600**<br>**Chicago, IL 60606**<br><br>Date(s) debt was incurred **1/16/2019**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business line of credit**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$29,758.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Quill**<br>**300 Tri State, International Drive**<br>**Lincolnshire, IL 60069**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$190.00** |

| Debtor | **Metropolitan Brewing, LLC** | Case number (if known) | **23-13209** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Rockwell Properties, LLC**<br>**333 North Michigan Ave,**<br>**Suite 1700**<br>**Chicago, IL 60601-3981**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Landlord - back rent alleged to exceed $1,000,000.00**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$1,000,000.00** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**RSP Des Moines**<br>**P.O. BOX 4095**<br>**Clinton, IA 52733**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Insurance company**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$0.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Society Insurance**<br>**150 Camelot Drive**<br>**P.O. Box 1029**<br>**Fond Du Lac, WI 54936**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Insurance company**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$1,630.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Tricor, Inc.**<br>**600 Star Brewery Dr. Suite 110**<br>**Dubuque, IA 52001**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Insurance company**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **Unknown** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Vibrant Graphics**<br>**4066 N Port Washington Rd.**<br>**Milwaukee, WI 53212**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$0.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Williams Stroker & Heating Co.**<br>**1823 W Belmont Ave.**<br>**Chicago, IL 60657**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$0.00** |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Metropolitan Brewing, LLC** | Case number (if known) | 23-13209 |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Jason M. Metnick**<br>**Meltzer, Purtill & Stelle LLC**<br>**125 South Wacker Drive, Ste 2900**<br>**Chicago, IL 60606** | Line  3.18 <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Prairie Management & Development**<br>**333 N. Michigan Ave.,**<br>**Suite 1700**<br>**Chicago, IL 60601** | Line  3.18 <br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---:|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,088,265.59 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 1,088,265.59 |

**Fill in this information to identify the case:**

Debtor name: **Metropolitan Brewing, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 23-13209

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest: **Contract to brew for Seipp** | |
| | State the term remaining | **Conrad Seipp Brewing Company, LLC**<br>**2522 West Iowas Street**<br>**Apt 1**<br>**Chicago, IL 60622** |
| | List the contract number of any government contract | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest: **Property lease to Metropolitan Brewing.** | |
| | State the term remaining: **7 years** | **Rockwell Properties, LLC**<br>**333 North Michigan Ave,**<br>**Suite 1700**<br>**Chicago, IL 60601-3981** |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **Metropolitan Brewing, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **23-13209**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Douglas Hurst | 3057 N Rockwell St, Chicago, IL 60618 | U.S. Small Business Administration | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Douglas Hurst | 3057 N Rockwell St, Chicago, IL 60618 | PNC Bank - line of credit | ☐ D ____<br>■ E/F  **3.16**<br>☐ G ____ |
| 2.3 | Douglas Hurst | 3057 N Rockwell St, Chicago, IL 60618 | PNC Bank | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Douglas Hurst | 3057 N Rockwell St, Chicago, IL 60618 | Live Oak Banking Company | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Tracy Hurst | 3057 N Rockwell St, Chicago, IL 60618 | U.S. Small Business Administration | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |

Official Form 206H                   Schedule H: Your Codebtors                   Page 1 of 2

| Debtor | **Metropolitan Brewing, LLC** | Case number *(if known)* | **23-13209** |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Tracy Hurst** | 3057 N Rockwell St, Chicago, IL 60618 | **Live Oak Banking Company** | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Tracy Hurst** | 3057 N Rockwell St Chicago, IL 60618 | **PNC Bank** | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Tracy Hurst** | 3057 N Rockwell St Chicago, IL 60618 | **PNC Bank - line of credit** | ☐ D ____<br>■ E/F  **3.16**<br>☐ G ____ |

| Official Form 206H | Schedule H: Your Codebtors | Page 2 of 2 |