Debtor name: <u>Metropolitan Brewing, LLC</u>
United States Bankruptcy Court: <u>Northern District of Illinois</u>
Case number: <u>23-13209</u>

<u>List of Exhibits</u>

Exhibit A – August 2023 Inventory
Exhibit B – Appraisal Report
Exhibit C -  Report showing transfers to creditors within 90 days
Exhibit D – July 2023 Inventory