# EXHIBIT A

| end of month… | brew | pallet date | bottles | 12oz cans | 16oz cans | half bbls | sixth bbls |
|---|---|---|---|---|---|---|---|
| **Aug-23** | Krankshaft 6pk | 1/7/2024 | | 10.00 | | | |
| | Krankshaft 12pk | 11/12/23 | | 7.00 | | | |
| | Flywheel 6pk | 10/15/23 | | 1.00 | | | |
| | Flywheel 6pk | 12/3/23 | | 10.00 | | | |
| | Flywheel 12pk | 12/3/23 | | 3.00 | | | |
| | Heliostat | 1/7/24 | | 9.00 | | | |
| | Stromhaus | 12/24/23 | | 8.00 | | | |
| | Extra Pale | 1/14/24 | | 12.00 | | | |
| | Extra Pale | 1/28/24 | | 150.00 | | | |
| | Elektro | 10/5/23 | | 8.00 | | | |
| | Humbucker | 1/14/24 | | 18.00 | | | |
| | Afterburner | 1/7/24 | | 26.00 | | | |
| | Microvolt | 9/7/23 | | | 26.00 | | |
| | Microvolt | 1/7/24 | | | 40.00 | | |
| | Bavarian | 12/10/23 | | | 30.00 | | |
| | Krankshaft | 7/17/23 | | | | | 1.00 |
| | Krankshaft | 8/7/23 | | | | 1.00 | |
| | Krankshaft | 8/17/23 | | | | 7.00 | |
| | Krankshaft | 8/17/23 | | | | | 3.00 |
| | Krankshaft | 8/28/23 | | | | 16.00 | |
| | Flywheel | 7/3/23 | | | | 21.00 | |
| | Heliostat | 5/29/23 | | | | | 1.00 |
| | Heliostat | 7/3/23 | | | | 13.00 | |
| | Heliostat | 7/3/23 | | | | | 2.00 |
| | Stromhaus | 7/24/23 | | | | 30.00 | |
| | Stromhaus | 7/24/23 | | | | | 3.00 |
| | Stromhaus | 5/15/23 | | | | 2.00 | |
| | Extra Pale | 7/19/23 | | | | | 1.00 |
| | Extra Pale | 8/28/23 | | | | 65.00 | |
| | Extra Pale | 8/28/23 | | | | | 6.00 |
| | Humbucker | 8/14/23 | | | | 1.00 | |
| | Humbucker | 8/17/23 | | | | 16.00 | |
| | Humbucker | 8/17/23 | | | | | 1.00 |
| | Afterburner | 7/31/23 | | | | 1.00 | |
| | Afterburner | 8/7/23 | | | | 3.00 | |
| | Afterburner | 8/28/23 | | | | 17.00 | |
| | Afterburner | 8/28/23 | | | | | 3.00 |
| | Morning Afterburner | 8/28/23 | | | | 12.00 | |
| | Microvolt | 7/31/23 | | | | 1.00 | |
| | Microvolt | 8/7/23 | | | | 17.00 | |
| | Bavarian | 7/3/23 | | | | 8.00 | |
| | Bavarian | 8/21/23 | | | | 48.00 | |
| | Bavarian | 8/21/23 | | | | | 3.00 |
| | Blazed as Helles (nitro) | 4/11/23 | | | | 1.00 | |
| | BA Generator (master blend) | 4/12/23 | | | | 1.00 | |
| | BA Generator (bloody butcher) | 4/12/23 | | | | 1.00 | |
| | BA Generator (bourbon) | 4/12/23 | | | | 1.00 | |
| | BA Generator (just kegged) | 11/29/22 | | | | 8.00 | |
| *total barrels* | | | *0.00* | *19.05* | *9.29* | *145.50* | *4.00* |
| *total gallons* | | | *0.00* | *590.69* | *288.09* | *4510.50* | *124.00* |
| | **Destroyed** | | | | | | |
| | Blazed as Helles | 4/11/23 | | | | 10.00 | |

| end of month… | brew | pallet date | bottles | 12oz cans | 16oz cans | half bbls | sixth bbls |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| total barrels | | | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 |
| total gallons | | | 0.00 | 0.00 | 0.00 | 155.00 | 0.00 |
| | | | | | | | |
| | **_Distilled_** | | | | | | |
| | none | | | | | | |
| total barrels | | | 0.00 | 0.00 | | 0.00 | 0.00 |
| total gallons | | | 0.00 | 0.00 | | 0.00 | 0.00 |
| | | | | | | | |
| | **_Returned_** | | | | | | |
| | none | | | | | | |
| total barrels | | | 0.00 | 0.00 | | 0.00 | 0.00 |
| total gallons | | | 0.00 | 0.00 | | 0.00 | 0.00 |
| | | | | | | | |

| (vessel) | | | |
|---|---|---|---|
| | **tank status** | | **bbls** |
| | WALL-E | empty | 0.00 |
| | Artoo | Krankshaft 048-051 | 39.00 |
| | Dot Matrix | Afterburner 057-060 | 40.00 |
| | Data | Magnetron 071 | 30.00 |
| | Lore | Stromhaus 069 | 30.70 |
| | K.I.T.T. | Heliostat 070 | 30.00 |
| | Machinenmensch | empty | 0.00 |
| | Marvin | Extra Pale 072/073 | 60.10 |
| | Gigolo Joe | Flywheel 061/062 | 58.80 |
| | Tom Servo | Krankshaft 067/068 | 60.00 |
| | Dolores | Microvolt 074 | 30.30 |
| | HAL | empty | 0.00 |
| | T-800 | empty | 0.00 |
| | | | 378.90 |
| | | on-hand at the end of month | 556.75 |

177.85
**5513.28** RL-26

| | | | |
|---|---|---|---|
| (vessel) | | | |
| | | | |
| 5.00 | | | |
| 155.00 | | | |
| | | | |
| | | | |
| | | | |
| 0.00 | | | |
| 0.00 | | | |
| | | | |
| | | | |
| | | | |
| 0.00 | | | |
| 0.00 | | | |
| | | | |