# EXHIBIT C

# Metropolitan Brewing

Bill Payment List

July 5 - October 3, 2023

| DATE | NUM | VENDOR | AMOUNT |
|---|---|---|---|
| Ace Chemical | | | |
| 08/25/2023 | | Ace Chemical | -479.77 |
| **Total for Ace Chemical** | | | **$ -479.77** |
| American Welding & Gas, Inc. | | | |
| 07/07/2023 | | American Welding & Gas, Inc. | -252.48 |
| 07/07/2023 | | American Welding & Gas, Inc. | -150.48 |
| 07/17/2023 | | American Welding & Gas, Inc. | -320.48 |
| 07/24/2023 | | American Welding & Gas, Inc. | -507.13 |
| 08/07/2023 | | American Welding & Gas, Inc. | -280.98 |
| 08/14/2023 | | American Welding & Gas, Inc. | -315.18 |
| 08/21/2023 | | American Welding & Gas, Inc. | -180.48 |
| 08/29/2023 | | American Welding & Gas, Inc. | -662.69 |
| 09/12/2023 | | American Welding & Gas, Inc. | -382.48 |
| 09/19/2023 | | American Welding & Gas, Inc. | -285.98 |
| 09/25/2023 | | American Welding & Gas, Inc. | -305.94 |
| 09/29/2023 | | American Welding & Gas, Inc. | -676.16 |
| **Total for American Welding & Gas, Inc.** | | | **$ -4,320.46** |
| Brewers Supply Group | | | |
| 07/11/2023 | | Brewers Supply Group | -13,726.35 |
| 07/24/2023 | | Brewers Supply Group | -8,979.17 |
| 08/14/2023 | | Brewers Supply Group | -3,240.39 |
| 08/29/2023 | | Brewers Supply Group | -2,703.53 |
| 09/08/2023 | | Brewers Supply Group | -4,016.48 |
| 09/12/2023 | | Brewers Supply Group | -2,911.59 |
| 09/25/2023 | | Brewers Supply Group | -6,433.33 |
| **Total for Brewers Supply Group** | | | **$ -42,010.84** |
| Brewing Science Institute | | | |
| 07/17/2023 | | Brewing Science Institute | -1,477.07 |
| 09/19/2023 | | Brewing Science Institute | -1,404.35 |
| **Total for Brewing Science Institute** | | | **$ -2,881.42** |
| Brotschul Potts LLC | | | |
| 08/18/2023 | | Brotschul Potts LLC | -5,351.90 |
| 08/25/2023 | | Brotschul Potts LLC | -1,500.00 |
| 08/29/2023 | | Brotschul Potts LLC | -2,000.00 |
| 09/28/2023 | | Brotschul Potts LLC | -3,106.25 |
| 09/28/2023 | | Brotschul Potts LLC | -1,793.75 |
| **Total for Brotschul Potts LLC** | | | **$ -13,751.90** |
| Chemstation | | | |
| 08/07/2023 | | Chemstation | -1,179.60 |
| **Total for Chemstation** | | | **$ -1,179.60** |
| ComEd | | | |
| 07/24/2023 | | ComEd | -3,122.23 |
| 08/25/2023 | | ComEd | -3,121.42 |

# Metropolitan Brewing

## Bill Payment List
July 5 - October 3, 2023

| DATE | NUM | VENDOR | AMOUNT |
|---|---|---|---:|
| **Total for ComEd** | | | $ -6,243.65 |
| Crown Packaging | | | |
| 08/10/2023 | | Crown Packaging | -13,457.91 |
| **Total for Crown Packaging** | | | $ -13,457.91 |
| Flood Brothers | | | |
| 07/07/2023 | | Flood Brothers | -3,024.84 |
| 08/01/2023 | | Flood Brothers | -2,120.98 |
| 08/29/2023 | | Flood Brothers | -3,690.50 |
| 09/25/2023 | | Flood Brothers | -2,905.74 |
| **Total for Flood Brothers** | | | $ -11,742.06 |
| General Beer Dist MKE - vendor | | | |
| 08/25/2023 | | General Beer Dist MKE - vendor | -11.79 |
| **Total for General Beer Dist MKE - vendor** | | | $ -11.79 |
| Illinois Casualty Company | | | |
| 08/14/2023 | | Illinois Casualty Company | -258.90 |
| 09/12/2023 | | Illinois Casualty Company | -266.01 |
| **Total for Illinois Casualty Company** | | | $ -524.91 |
| Indie Hops | | | |
| 07/07/2023 | | Indie Hops | -1,819.76 |
| 08/29/2023 | | Indie Hops | -906.58 |
| 09/25/2023 | | Indie Hops | -855.82 |
| **Total for Indie Hops** | | | $ -3,582.16 |
| Inkd Apparel | | | |
| 09/25/2023 | | Inkd Apparel | -4,024.75 |
| **Total for Inkd Apparel** | | | $ -4,024.75 |
| KegCraft | | | |
| 07/24/2023 | | KegCraft | 0.00 |
| 08/25/2023 | | KegCraft | -2,866.00 |
| 09/25/2023 | | KegCraft | -4,319.71 |
| 09/25/2023 | | KegCraft | -3,320.59 |
| **Total for KegCraft** | | | $ -10,506.30 |
| McMaster-Carr | | | |
| 07/07/2023 | | McMaster-Carr | -121.85 |
| 07/24/2023 | | McMaster-Carr | -2,078.90 |
| 08/01/2023 | | McMaster-Carr | -173.37 |
| 08/07/2023 | | McMaster-Carr | -199.94 |
| 08/21/2023 | | McMaster-Carr | -135.67 |
| 08/29/2023 | | McMaster-Carr | -101.95 |
| 09/08/2023 | | McMaster-Carr | -40.70 |
| 09/12/2023 | | McMaster-Carr | -113.05 |
| 09/19/2023 | | McMaster-Carr | -171.13 |
| 08/22/2023 | | McMaster-Carr | -443.75 |
| 09/25/2023 | | McMaster-Carr | -196.82 |

# Metropolitan Brewing

Bill Payment List

July 5 - October 3, 2023

| DATE | NUM | VENDOR | AMOUNT |
|---|---|---|---|
| **Total for McMaster-Carr** | | | **$ -3,777.13** |
| Peoples Gas | | | |
| 07/17/2023 | | Peoples Gas | -1,199.59 |
| 08/14/2023 | | Peoples Gas | -1,014.62 |
| 09/14/2023 | | Peoples Gas | -2,500.00 |
| **Total for Peoples Gas** | | | **$ -4,714.21** |
| Quill | | | |
| 07/24/2023 | | Quill | -326.13 |
| 09/08/2023 | | Quill | -548.41 |
| **Total for Quill** | | | **$ -874.54** |
| Society Insurance | | | |
| 08/08/2023 | | Society Insurance | -3,300.06 |
| 09/12/2023 | | Society Insurance | -1,630.40 |
| **Total for Society Insurance** | | | **$ -4,930.46** |
| United Healthcare | | | |
| 07/31/2023 | | United Healthcare | -3,679.49 |
| 08/29/2023 | | United Healthcare | -3,679.49 |
| 09/25/2023 | | United Healthcare | -3,679.49 |
| **Total for United Healthcare** | | | **$ -11,038.47** |
| Vibrant Graphics | | | |
| 07/24/2023 | | Vibrant Graphics | -2,363.80 |
| 09/12/2023 | | Vibrant Graphics | -1,339.97 |
| **Total for Vibrant Graphics** | | | **$ -3,703.77** |
| WilCraft Can | | | |
| 07/17/2023 | | WilCraft Can | -4,749.70 |
| 07/28/2023 | | WilCraft Can | -5,874.62 |
| 08/29/2023 | | WilCraft Can | -3,350.01 |
| **Total for WilCraft Can** | | | **$ -13,974.33** |
| Williams Stoker & Heating Co. | | | |
| 09/19/2023 | | Williams Stoker & Heating Co. | -595.00 |
| **Total for Williams Stoker & Heating Co.** | | | **$ -595.00** |