# EXHIBIT D

| end of month… | brew | pallet date | bottles | 12oz cans | 16oz cans | half bbls | sixth bbls | (vessel) | tank status | | bbls |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul-23 | Krankshaft 6pk | 9/7/2023 | 2.00 | | | | | | WALL-E | Krankshaft 048-051 | 42.00 |
| | Krankshaft 12pk | 11/12/23 | 84.00 | | | | | | Artoo | empty | 0.00 |
| | Flywheel 6pk | 10/15/23 | 12.00 | | | | | | Dot Matrix | Afterburner 054/055 | 76.00 |
| | Flywheel 6pk | 12/3/23 | 156.00 | | | | | | Data | Humbucker 066 | 29.90 |
| | Flywheel 12pk | 10/16/23 | 1.00 | | | | | | Lore | empty | 0.00 |
| | Heliostat | 10/29/23 | 5.00 | | | | | | K.I.T.T. | Microvolt 047 | 30.50 |
| | Stromhaus | 12/24/23 | 37.00 | | | | | | Machinenmensch | Bavarian 065 | 29.90 |
| | Extra Pale | 11/26/23 | 1.00 | | | | | | Marvin | Extra Pale 063/064 | 60.00 |
| | WGN Chicago's Very Own | 11/12/23 | 1.00 | | | | | | Gigolo Joe | Flywheel 061/062 | 58.80 |
| | Elektro | 10/5/23 | 25.00 | | | | | | Tom Servo | Krankshaft | 60.00 |
| | Afterburner | 12/24/23 | 233.00 | | | | | | Dolores | empty | 0.00 |
| | Microvolt | 9/7/23 | | | 35.00 | | | | HAL | Afterburner 057-060 | 61.00 |
| | Bavarian | 10/5/23 | | | 1.00 | | | | T-800 | Krankshaft 048-051 | 62.00 |
| | Bavarian | 12/10/23 | | | 42.00 | | | | | | 510.10 |
| | Krankshaft | 7/17/23 | | | | 2.00 | | | | | |
| | Krankshaft | 7/17/23 | | | | | 3.00 | | | on-hand at the end of month | 715.66 |
| | Krankshaft | 7/31/23 | | | | 32.00 | | | | | |
| | Flywheel | 6/12/23 | | | | 16.00 | | | | | |
| | Flywheel | 6/12/23 | | | | | 1.00 | | | | |
| | Flywheel | 7/3/23 | | | | 76.00 | | | | | |
| | Flywheel | 7/3/23 | | | | | 21.00 | | | | |
| | Heliostat | 5/29/23 | | | | | 1.00 | | | | |
| | Heliostat | 7/3/23 | | | | 33.00 | | | | | |
| | Heliostat | 7/3/23 | | | | | 2.00 | | | | |
| | Stromhaus | 7/24/23 | | | | 42.00 | | | | | |
| | Stromhaus | 7/24/23 | | | | | 3.00 | | | | |
| | Extra Pale | 6/19/23 | | | | | 4.00 | | | | |
| | Extra Pale | 6/26/23 | | | | 41.00 | | | | | |
| | Microvolt | 5/22/23 | | | | 10.00 | | | | | |
| | Bavarian | 7/3/23 | | | | 18.00 | | | | | |
| | Bavarian | 7/3/23 | | | | | 1.00 | | | | |
| | Woke as Helles | 5/15/23 | | | | 6.00 | | | | | |
| | Blazed as Helles | 4/11/23 | | | | 11.00 | | | | | |
| | Blazed as Helles (nitro) | 4/11/23 | | | | 1.00 | | | | | |
| | BA Generator (master blend) | 4/12/23 | | | | 1.00 | | | | | |
| | BA Generator (bloody butcher) | 4/12/23 | | | | 1.00 | | | | | |
| | BA Generator (bourbon) | 4/12/23 | | | | 1.00 | | | | | |
| | BA Generator (in barrels) | 11/29/22 | | | | 6.00 | | | | | |
| | Flywheel dh w/ Hallertau Blanc | 7/3/23 | | | | 1.00 | | | | | |
| | Flywheel dh w/ Callista | 7/3/23 | | | | 1.00 | | | | | |
| | Flywheel dh w/ Ariana | 7/3/23 | | | | 1.00 | | | | | |
| | Stromhaus dh w/ Mandarina | 5/15/23 | | | | 1.00 | | | | | |
| | Stromhaus dh w/ Huell Melon | 5/15/23 | | | | 1.00 | | | | | |
| | Stromhaus dh w/ Hersbrucker | 5/15/23 | | | | 1.00 | | | | | |
| total barrels | | | 0.00 | 40.51 | 7.55 | 151.50 | 6.00 | 205.56 | | | |
| total gallons | | | 0.00 | 1255.78 | 234.08 | 4696.50 | 186.00 | **6372.36** RL-26 | | | |
| | **Destroyed** | | | | | | | | | | |
| | Extra Pale | 6/19/23 | | | | 1.00 | | | | | |

| en of month… | brew | pallet date | bottles | 12oz cans | 16oz cans | half bbls | sixth bbls | (vessel) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| total barrels | | | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 | | |
| total gallons | | | 0.00 | 0.00 | 0.00 | 15.50 | 0.00 | 15.50 | | |
| | | | | | | | | | | |
| | **Distilled** | | | | | | | | | |
| | none | | | | | | | | | |
| total barrels | | | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | |
| total gallons | | | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | |
| | | | | | | | | | | |
| | **Returned** | | | | | | | | | |
| | none | | | | | | | | | |
| total barrels | | | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | |
| total gallons | | | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | | |