**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-13209 |
| Metropolitan Brewing, LLC., | ) |
| | ) Chapter 11 |
| | ) |
| *Debtor(s)*. | ) |

## AMENDED CERTIFICATE OF SERVICE

I, Matthew McClintock, an attorney, certify that on the 6th day of October 2023, I caused a true and correct copy of the following documents to be served on all parties receiving notice through the Court's CM/ECF system and/or first-class U.S. mail as indicated below.

1. *Order (A) Authorizing the Debtor to Pay and Honor Priority Prepetition Wages, Benefits, and Obligations (and to Continue Same, and Make Ordinary Course Deductions from Employee Paychecks, Post-Petition); and (B) Approving Related Relief [ Docket No. 25]*

2. *Interim Order (1) Authorizing Use of Cash Collateral; (2) Scheduling Final Heating; and (3) For Related Relief [Docket No. 26]*

| | |
|---|---|
| Dated: October 13, 2023 | **GOLDSTEIN & MCCLINTOCK, LLLP** |
| | */s/ Matthew McClintock* |
| | Matthew McClintock |
| | 111 West Washington Street, Ste. 1221 |
| | Chicago, IL 60602 |
| | Telephone: (312) 337-7700 |
| | E-Mail: mattm@goldmclaw.com |
| | |
| | *Counsel for the Debtor* |

## Service List

**Parties that filed UCCs (Via US Mail)**

Live Oak Banking Company
1741 Tiburon Dr Wilmington
Wilmington, NC 28403

PNC Bank
8800 Tinicum Blvd
Philadelphia, PA 19153-3198

U.S. SBA
P.O. Box 3918
Portland, OR 97208-3918

PNC Bank, N.A.
Attn: Business Banking
222 Delaware Avenue
Wilmington, DE 19801

PNC Bank, N.A.
249 Fifth Ave, MS
Pittsburgh, PA 15222

**Creditors who have the 20 largest unsecured claims and are not insiders (Via US Mail)**

Brewers Supply Group
800 West 1st Ave.
Shakopee, MN 55379

Brotschul Potts LLC
1 Tower Ln
Suite 2060
Villa Park, IL 60181

Conrad Seipp Brewing Company, LLC
2522 West Iowa Street
Apt 1
Chicago, IL 60622

Crown Packaging
8919 Colorado St
Merrillville, IN 46410

Indie Hops
2505 SE 11th Ave
Suite 311
Portland, OR 97202

Inkd Apparel
140 Ambassador Dr
#132
Naperville, IL 60540

LEAF Capital Funding, LLC
8100 Sandpiper Circle
 Suite 300
Nottingham, MD 21236

Live Oak Banking Company
1741 Tiburon Dr Wilmington
Wilmington, NC 28403

McMaster-Carr
600 County Line Rd
Elmhurst, IL 60126

PNC Bank
8800 Tinicum Blvd
Philadelphia, PA 19153-3198

PNC Bank - line of credit
One North Franklin
Suite 3600
Chicago, IL 60606

Quill
300 Tri State, International Drive
Lincolnshire, IL 60069

Rockwell Properties, LLC
333 North Michigan Ave
Suite 1700
Chicago, IL 60601-3981

Rockwell Properties, LLC
c/o Jason M. Metnick
Meltzer, Purtill & Stelle LLC
125 South Wacker Drive, Ste 2900
Chicago, IL 60606

Society Insurance
150 Camelot Drive
P.O. Box 1029
Fond Du Lac, WI 54936

Rockwell Properties, LLC
c/o Prairie Management & Development
333 N. Michigan Ave.
Suite 1700
Chicago, IL, 60601

Tricor, Inc.
600 Star Brewery Dr.
Suite 110
Dubuque, IA 52001

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

**Parties who filed appearances (Via CM/ECF and US Mail)**

Live Oak Banking Company
c/o Michael W Debre,
Chuhak & Tecson, P.C.
Michael W. Debre
120 S. Riverside Plaza, Suite 1700
Chicago, IL, 60606
mdebre@chuhak.com

U.S. Trustee
c/o Gretchen Silver
219 S Dearborn St.
Room 873
Chicago, IL 60604
Gretchen.silver@usdoj.gov

Rockwell Properties LLC
c/o Timothy W Brink
Meltzer, Purtill & Stelle LLC
125 South Wacker Drive, Ste 2900
Chicago, IL 60606
tbrink@mpslaw.com

Rockwell Properties LLC
c/o Michael Jameson
Meltzer, Purtill & Stelle LLC
125 South Wacker Drive, Ste 2900
Chicago, IL 60606
mjameson@mpslaw.com

**Subchapter V Trustee (via CM/ECF and US Mail)**

Matthew Brash Newpoint Advisors
Corporation 655 Deerfield Road
Suite 100-311
Deerfield, IL 60015
mbrash@newpointadvisors.us